UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 22, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

HOWARD DANIELS,

        Defendant.

Case No.  2:22-MJ-00121-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  HOWARD DANIELS ,  Case No.  2:22-MJ-00121-DB , Charge 16 U.S.C. § 551; 36 C.F.R. § 261.3(a), from custody for the following reasons:

    X    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

        _____    Unsecured Appearance Bond $ _____

        _____    Appearance Bond with 10% Deposit

        _____    Appearance Bond with Surety

        _____    Corporate Surety Bail Bond

        _____    (Other):

    X    Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California 2:27 pm

Dated:  August 22, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE