HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda.allison@fd.org

Attorney for Defendant
HOWARD DANIELS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:22-mj-00121-DB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE |
| v. | ) | |
| HOWARD DANIELS | ) | DATE:  October 18, 2022 |
| Defendant. | ) | TIME:    9:30 AM |
| | ) | JUDGE:  DEBORAH BARNES |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney HEIKO COPPOLA, Assistant Federal Defender LINDA C. ALLISON attorney for HOWARD DANIELS that the Court continue the status conference currently set for October 18, 2022 to November 22, 2022 at 9:30 a.m.

Counsel requests additional time for further investigation and to review of discovery, and otherwise preparing for trial.

Dated: October 17, 2022                                    Respectfully submitted,

                                                           HEATHER E. WILLIAMS
                                                           Federal Defender

                                                           /s/ Linda C. Allison
                                                           LINDA C. ALLISON
                                                           Assistant Federal Defender
                                                           Attorney for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: October 17, 2022

      PHILLIP A. TALBERT
      United States Attorney

      */s/ Heiko P. Coppola*
      HEIKO P. COPPOLA
      Assistant U.S. Attorney

**O R D E R**

The Court orders that the Status Conference scheduled for October 18, 2022 shall be **CONTINUED** until **November 22, 2022 at 10:00 AM**.

IT IS SO ORDERED.

DATED: October 17, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE