# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **USDC Case Number: 2:22-mj-00121-DB** |
| v. | **JUDGMENT IN CRIMINAL CASE** |
| **HOWARD DANIELS** | **(Class B Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| Count 1 | Interfering with a Forest Officer |
| Count 2 | Possessing and Leaving Refuse, Debris, and Litter in an Exposed and Unsanitary Condition |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**
☒ **Count 1: PAY** a fine in the amount of $250 and a special assessment of $10; in the total amount of $260; **Count 2: PAY** a fine in the amount of $250 and a special assessment of $10; in the total amount of $260.
  ☒ **TOTAL financial obligation of $520** due immediately or no later than **11/22/2023**.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: 11/22/2022

*/s/ Deborah Barnes*
**Deborah Barnes**
United States Magistrate Judge

CRD Initials: my